UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MASTER CASE No. 14-cv-81447 DMM

In re LEADING EDGE PATENT
INFRINGEMENT LITIGATION


LEADING EDGE NOVELTY, INC. and
TSAN-YAO CHEN,
    Plaintiffs,

v.

BED BATH & BEYOND, INC. and
DGL GROUP, LTD.,
    Defendants.

_____

## PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiffs move for entry of final judgment (against themselves) of non-infringement based on this Court's "Markman Order" (DE 66) and this Court's Order Denying Reconsideration (DE 69).

This is a consolidated patent suit involving allegations of infringement of U.S. Patent No. 7,617,624 (the '624 Patent).[1]  Based on the Court's Markman Order, Plaintiffs cannot establish infringement of the '624 Patent. Accordingly, Plaintiffs seek entry of judgment of non-infringement.

---

[1] The consolidated cases are: *Leading Edge Novelty Inc., et al. v. Bed Bath & Beyond et al.*, 14- cv-81447-DMM ("Lead Case"); *Leading Edge Novelty Inc., et al. v. Target Corp., et al.*, 14-cv- 81449-DMM; *Leading Edge Novelty et al. v. Dollar General Corp., et al.*, 14-cv-81450-DMM; *Leading Edge Novelty, Inc., et al. v. Wal-Mart Stores, Inc., et al.*, 14-cv-81453-DMM; *Leading Edge Novelty Inc., et al. v. KMart Corp., et al.* , 14-cv-8 1465-DMM; *Leading Edge Novelty Inc., et al. v. Forever Gifts, Inc.*, 14-cv-81595-DMM;  *Leading Edge Novelty Inc., et al. v. Gradus Group, LLC*, 14-cv-8161I-DMM; *Leading Edge Novelty Inc., et al. v. Home Depot USA, Inc., et a1.*, 14-cv-8 1451-DMM; and *Leading Edge Novelty Inc., et a1. v. TigerDirect, Inc., et al*., 14-cv-81454-DMM (collectively, "Member Cases").

Entry of judgment of non-infringement renders all counterclaims moot accordingly all counterclaims should be dismissed without prejudice. Furthermore, any and all pending motions should be denied as moot.

Plaintiffs note the following disposition of "Member cases" has occurred:

(1) Case No. 14-cv-81449 stipulation of dismissal was filed on June 24, 2015;

(2) Case No. 14-cv-81451 was closed on April 2, 2015;

(3) Case No. 14-cv-81454, notice of voluntary dismissal filed July 1, 2015

(4) Case No. 14-cv-81464 Order closing case April 2, 2015;

(5) Case No. 14-cv-81465 Order closing case March 27, 2015;

(6) Case No. 14-cv-81463 administratively closed on March 17, 2015;

(7) Case No. 14-cv-81492 was closed on June 3, 2015 (DE 29)

(8) Case No. 14-cv-81611 Stipulation for Dismissal filed July 6, 2015;

(9) Case No.14-cv-81595 for which settlement documents are currently being exchanged.

A proposed Order for each of the remaining consolidated cases accompanies this Motion.

Counsel for Defendants in the Remaining Member Cases have indicated no objection to the present motion.

Dated: July 6, 2015                                                        Respectfully submitted,

/s/ Jerold I. Schneider
Jerold I. Schneider
Jerold.schneider@sriplaw.com
Florida Bar No. 26975
SCHNEIDER ROTHMAN
INTELLECTUAL PROPERTY LAW
GROUP PLLC
4651 N. Federal Hwy

Boca Raton, FL 33431  
561-404-4350  
Fax: 561-404-4353  

*Attorneys for Plaintiffs Leading Edge*  
*Novelty, Inc. and Tsan-Yao Chen*

## **CERTIFICATE OF SERVICE**

This is to certify that July 6, 2015, the foregoing was electronically served on all counsel or parties of record on the service list below.

/s/ Jerold I. Schneider
Jerold I. Schneider
Florida Bar No. 26975

Andrew R. Kruppa (Fla. Bar 63958)
andrew.kruppa@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
200 South Biscayne Boulevard, Suite 4700
Miami, FL 33131
Telephone: (305) 577-7712
Facsimile: (305) 305 7001

Steven M. Auvil (PHV)
steven.auvil@squirePB.com
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8023
Facsimile: (216) 479-8780

Rachael A. Harris (PHV)
Rachael.harris@squirepb.com
Squire Patton Boggs (US) LLP
2550 M Street Northwest
Washington, DC 20037
Telephone: (202) 626-6206
Facsimile: (202) 457-6315
*Attorneys for Defendants Bed Bath & Beyond Inc. DGL Group, Ltd.*

Matthew S. Nelles, Esq.
Florida Bar No. 009245
mnelles@broadandcassel.com
BROAD AND CASSEL
One Financial Plaza, Ste. 2700
Fort Lauderdale, FL 33394
Tel: (954) 764-7060
Fax: (954) 713-0987

Lacey D. Corona, Esq.
lcorona@broadandcassel.com
bthornton@broadandcassel.com
Broad and Cassel
4100 Legendary Drive, Ste. 280
Destin, FL 32541
Tel: (850) 269-0148
Fax: (850) 521-1472

Jonathan P. Froemel – pro hac vice
Elizabeth A. Peters – pro hac vice
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606
Phone:  (312) 357-1313
Fax: (312) 759-5646
jonathan.froemel@btlaw.com
elizabeth.peters@btlaw.com
*Attorneys for Defendants, Target Corp. and Spectra Merchandising International, Inc.*

Ury Fischer
Florida Bar No. 048534
E-mail: ufischer@lottfischer.com
Adam Diamond
Florida Bar No. 091008
E-mail: adiamond@lottfischer.com
LOTT & FISCHER, PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Telephone: (305) 448-7089
Facsimile: (305) 446-6191
*Attorneys for Defendant Craig Electronics, Inc.*


Eleanor T. Barnett, Esq.
ebarnett@hellerwaldman.com
Heller Waldman, P.L.
3250 Mary Street, Ste. 102
Coconut Grove, FL 33133
*Attorneys for Defendant Dollar General*

Gregory W. Herbert, Esq.
herbertg@gtlaw.com
GREENBERG TRAURIG, P.A.
450 S. Orange Ave., Ste. 650
Orlando, FL 32801

Tel: (407) 420-1000
Fax: (407) 841-1295

Ralph W. Selitto, Jr. – pro hac vice
selittor@gtlaw.com
John K. Kim – pro hac vice
kimjo@gtlaw.com
James L. Ryerson – pro hac vice
ryersonj@gtlaw.com
William W. Stroever, Esq. – pro hac vice
stroeverw@gtlaw.com
Joseph Agostino, Esq. – pro hac vice
agostinoj@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, NJ 07932
Telephone: (973) 443-3572
Facsimile: (973) 295-1309
*Attorneys for Defendants Wal-Mart Stores, Inc. and LaRose Industries, LLC*

Alan M. Weisberg
Florida Bar No. 479349
aweisberg@cwiplaw.com
Elissa A. Tisdahl
Florida Bar No. 85521
etisdahl@cwiplaw.com
Christopher & Weisberg, P.A.
200 East Las Olas Blvd
Suite 2040
Fort Lauderdale, FL 33301
Tel: 954-828-1488
Fax: 954-828-9122

Max Moskowitz – pro hac vice
mmoskowitz@ostrolenk.com
Ostrolenk Faber LLP
1180 Avenue of the Americas, 7th Floor
New York, NY 10036
Tel: 212-382-0700
*Attorneys for Defendant Gradus Group, LLC*

Matthew S. Nelles, Esq.
Florida Bar No. 009245
mnelles@broadandcassel.com
BROAD AND CASSEL
One Financial Plaza, Ste. 2700
Fort Lauderdale, FL 33394

Tel: 954-764-7060
Fax: 954-713-0987
*Attorneys for LumiSource and TigerDirect*

Robert H. Thornburg
Florida Bar No. 630829
rthornburg@addmg.com
ALLEN, DYER, DOPPELT, MILBRATH
& GILCHRIST, P.A.
1221 Brickell Avenue, Ste. 2400
Miami, FL 33131
Tel: (305) 374-8303
Fax: (305) 374-8306

V. Craig Belair – pro hac vice
craig@belairiplaw.com
BELAIR INTELLECTUAL PROPERTY LAW LLC
4610 S. Ulster St., Ste. 150
Denver, Colorado 80237
Tel: (214) 240-8601
Fax: (972) 618-0206
*Counsel for Defendant FOREVER GIFTS, INC.*