UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-cv-81447-MIDDLEBROOKS

LEADING EDGE NOVELTY, INC.,
and TSAN-YAO CHEN,

   Plaintiff,

v.

                 Member Case Nos: 14-cv-81450-DMM
                           14-cv-81453-DMM

BED, BATH & BEYOND, INC., *et al.*,

   Defendants.

_____/

**FINAL JUDGMENT OF NON-INFRINGEMENT**

THIS CAUSE comes before the Court upon Plaintiffs' Unopposed Motion for Entry of Final Judgment (DE 73), filed on July 6, 2015. Plaintiffs assert that based on the Court's *Markman* Order, they cannot establish infringement of U.S. Patent No. 7,617,624. Plaintiffs maintain that they have settled or otherwise resolved all member cases, except for the following:

1. *Leading Edge Novelty, Inc., et al. v. Bed, Bath & Beyond et al.*, 14-cv-81447-DMM ("Lead Case");

2. *Leading Edge Novelty, Inc., et al. v. Dollar General Corp., et al.*, 14-cv-81450-DMM; and

3. *Leading Edge Novelty, Inc., et al. v. Wal-Mart Stores, Inc., et al.*, 14-cv-81453-DMM.

Finding good cause for granting Plaintiffs' Motion, it is hereby

   **ORDERED AND ADJUDGED** as follows:

     1. Plaintiffs' Unopposed Motion for Entry of Final Judgment (DE 73) is **GRANTED**;

2. Final Judgment is entered in favor of Defendants Bed, Bath & Beyond, Inc., DGL Group, Ltd., Craig Electronics, Inc., Wal-Mart Stores, Inc., Larose Industries, LLC and against Plaintiffs Leading Edge Novelty, Inc. and Tsan-Yao Chen;

3. All counterclaims are **DISMISSED WITHOUT PREJUDICE**;

4. The Clerk of Court shall **CLOSE** member cases 14-cv-81450-DMM and 14-cv-81453-DMM and **DENY** all pending motions as **MOOT**; and

5. Having resolved all member cases, the Clerk of Court shall **CLOSE** this matter (14-cv-81447-DMM) and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 31 day of July, 2015.

*[signature]*

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record